**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 99-2591**

———————————

SYLVESTER JONES,

Plaintiff - Appellant,

versus

NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF
COLORED PEOPLE, its Presidents, Chairmen, and
Members of Board of Directors; its St. Louis,
Missouri Branch; and others; CARDINAL RITTER
INSTITUTE CORPORATION, its Chairmen, Presi-
dents and Operating Manager; its St. John Neu-
mann Apartment Building; its Manager, Travis
Harris; Assistant Managers; Samull Brooks;
"Bobby"; Emile, Albert Lenz, Coordinator,
Cardinal Ritter Institute; "Larry" and Ann
Jackson, Secretary; SURBURBAN JOURNALS NEWS-
PAPERS COMPANY/CORPORATION, St. Louis, Mis-
souri and New York, New York, Editors;
Publishers; Managers; Owners; Keith Batey;
Account Executive Robert M. Jelenic Chairman/
President and C.E.O.; Cynthia K. Williams,
Advertising Manager; Frank O'Connell, Vice
President and others; ST. LOUIS POST DISPATCH
NEWSPAPER COMPANY, its Presidents; Publisher;
Editors; TIM BRYANT, Reporter; VIACOM BROAD-
CASTING CORPORATION; VIACOM BROADCASTING OF
MISSOURI, its "KMOV" TV Channel 4; Managers;
Directors; and others; Anchors; Evening News;
and its reporter; JAMMIE ALLMAN; U.S.
DEPARTMENT OF HOUSING & URBAN DEVELOPMENT, its
director, and St. Louis, Missouri Branch
director; KNOWN UNNAMED TENANT, and its Apart-
ment 305 8424 Lucas and Hunt Road-St. Louis
Missouri; UNITED STATES DISTRICT COURT EN BANC
FOR THE SOUTHERN DISTRICT OF ILLINOIS; UNITED
STATES COURT OF APPEALS FOR THE FOURTH
CIRCUIT, EN BANC; CITY OF JENNINGS MISSOURI

POLICE DEPARTMENT, its Chief Inspector and six
(6) Police Officers; STATE OF MISSOURI, De-
partment of Mental Health, its Director,
Agent, and all other unknown named state of-
ficials; UNITED STATES DEPARTMENT OF VETERANS
AFFAIRS, Department of Veterans Health; B.J.C.
HEALTH SYSTEM, its Christian N.W. Hospital,
unknown named doctors, nurses, and other
officials,

Defendants - Appellees.

_____

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Andre M. Davis, District Judge. (CA-99-
2435-AMD)

_____

Submitted: February 24, 2000          Decided: March 1, 2000

_____

Before MOTZ and KING, Circuit Judges, and BUTZNER, Senior Circuit
Judge.

_____

Dismissed by unpublished per curiam opinion.

_____

Sylvester Jones, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Sylvester Jones appeals the district court's order dismissing this action as frivolous. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we dismiss the appeal on the reasoning of the district court. See Jones v. NAACP, No. CA-99-2435-AMD (D. Md. Nov. 8, 1999). We deny leave to proceed in forma pauperis and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED